## HOLIDAY v. CUTCHIN

No. 430PA83.

Case below: 63 N.C. App. 369.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 3 November 1983.

## IN RE ROGERS

No. 473P83.

Case below: 63 N.C. App. 705.

Petition by Rogers for discretionary review under G.S. 7A-31 denied 3 November 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 November 1983.

## ROSHELLI v. SPERRY

No. 453P83.

Case below: 63 N.C. App. 509.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 November 1983.

## STATE v. EDWARDS

No. 476P83.

Case below: 63 N.C. App. 92.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 3 November 1983.

## STATE v. GRANBERRY

No. 452P83.

Case below: 63 N.C. App. 566.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1983.